# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COREY BROWN,

    Plaintiff,

  v.

CERTAIN UNDERWRITERS AT
LLOYDS, LONDON, ET AL.

    Defendants.

CIVIL ACTION

NO. 16-cv-02737

## ORDER

AND NOW, this 9th day of June, 2017, upon consideration of Defendants' Second Motion to Compel Deposition of Plaintiff and to Permit Deposition Pursuant to Federal Rule of Civil Procedure 30 (Doc. No. 40) and Plaintiff's Response in opposition thereto (Doc. No. 42), it is hereby ORDERED that Defendants' Motion is GRANTED. It is further ORDERED that:

(1) Plaintiff Corey Brown shall appear for deposition at the office of defense counsel within ten (10) days, or risk sanctions from the Court;

(2) Notwithstanding (1) above, Defendants may not conduct any further depositions without seeking further leave of this Court.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.