# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY BROWN, | : |
| Plaintiff/ Counterclaim Defendant, | : : : : CIVIL ACTION |
| v. | : |
| | : NO. 16-cv-2737 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | : : : |
| Defendant/ Counterclaim Plaintiff. | : : : |

**ORDER**

AND NOW, this 2nd day of May, 2018, upon consideration of Defendant/Counterclaim Plaintiff Certain Underwriters at Lloyd's, London's ("Lloyd's") unopposed Motion for Partial Summary Judgment (Doc. No. 59), it is hereby ORDERED as follows:

1. Summary judgment is GRANTED in favor of Lloyd's, and against Plaintiff/Counterclaim Defendant Corey Brown ("Brown"), with regard to Lloyd's Counterclaim II. The Court hereby DECLARES that Policy No. DP10336, issued by Lloyd's, is void *ab initio*.

2. Summary judgment is GRANTED in favor of Lloyd's, and against Brown, with regard to Lloyd's Counterclaim III. The Court hereby DECLARES that Lloyd's has no legal responsibility to provide coverage to Brown under Policy No. DP10336.

3. Summary judgment is GRANTED in favor of Lloyd's, and against Brown, on all of the claims raised in Brown's

Complaint. (Doc. No. 1).

4. Summary judgment is GRANTED in favor of Lloyd's, and against Brown, with regard to Brown's liability for violating 18 Pa.C.S.A. § 4117(a)(2), as alleged in Counterclaim IV.

5. Pursuant to the accompanying Memorandum, counsel for both parties are instructed to call the Court's Courtroom Deputy, Ms. Sharon Scott (267-299-7419), to schedule a hearing.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.